# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE WHEELER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant._____/ | CASE NO. 1:12-cv-01729-SAB<br><br>**ORDER DIRECTING DEFENDANT TO FILE ADMINISTRATIVE RECORD WITHIN FOURTEEN DAYS** |

On October 19, 2012, Plaintiff filed the present action in this court seeking review of the Commissioner's denial of an application for benefits.    On November 1, 2012, the Court issued a scheduling order. (ECF No. 6).  The scheduling order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. On November 15, 2012, the parties filed forms consenting to the jurisdiction of the magistrate judge; and Plaintiff returned an executed copy of the summons showing that Defendant was served by certified mail on November 19, 2012. (ECF Nos. 8, 9, 10.) More than 120 days have passed and Defendant has not filed a copy of the administrative record or otherwise responded to the service of the complaint.

Accordingly, IT IS HEREBY ORDERED that:

1.    Within fourteen days from the date of service of this order, Defendant shall file a copy of the administrative record; and

1

2. Failure to respond to this order could result in the imposition of sanctions, up to and including an entry of default.

IT IS SO ORDERED.

Dated:   **March 1, 2013**

UNITED STATES MAGISTRATE JUDGE