1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  MICHAEL LEE WHEELER,                    CASE NO. 1:12-cv-01729-SAB

10              Plaintiff,

11        v.                               **ORDER TO SHOW CAUSE**

12  COMMISSIONER OF SOCIAL SECURITY,

13

14              Defendant.
                                       /
15

16        On October 19, 2012, Plaintiff filed the present action in this court seeking review of the

17  Commissioner's denial of an application for benefits.   On November 1, 2012, the Court issued a

18  scheduling order. (ECF No. 6).  The scheduling order states that within 95 days from the filing of

19  the administrative record, Plaintiff shall file an opening brief. On November 15, 2012, the parties

20  filed forms consenting to the jurisdiction of the magistrate judge.  (ECF Nos. 9, 10.)  Defendant

21  lodged the Social Security administrative record on March 6, 2013.   (ECF No. 13.)  More than 95

22  days have passed and Plaintiff has not filed an opening brief nor sought an extension of time to do

23  so.

24  //

25  //

26  //

27  //

28  //

1

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a written response to this

2  order to show cause why this action should not be dismissed for failure to prosecute within seven

3  (7) days of the date of service of this order.  Failure to comply with this order to show cause shall

4  result in this action being dismissed for failure to prosecute.

5

6  IT IS SO ORDERED.

7    **Dated:    June 17, 2013**

   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28