# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE WHEELER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:12-cv-01729-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF UNTIL JUNE 24, 2013 TO FILE OPENING BRIEF<br><br>(ECF Nos. 15, 16) |

On June 17, 2013, the Court issued an order to show cause why this action should not be dismissed for Plaintiff's failure to timely file a opening brief. (ECF No. 15.) On June 18, 2013, counsel filed a response stating that the brief was not timely filed because an error had been made in calendaring the due date. (ECF No. 16.) Counsel states that the problem has been corrected and requests an extension of time to June 24, 2013 to file the opening brief.

Based upon counsel's representation that the problem has been remedied, the order to show cause is HEREBY DISCHARGED, and Plaintiff is GRANTED until June 24, 2013 to file the opening brief.

IT IS SO ORDERED.

Dated:　**June 19, 2013**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1